■ DOROTHY BONADONNA et al., Plaintiffs, v. EILEEN R. BARRY et al., Defendants (and Two Other Actions).— Motion granted to extent of permitting Eileen Barry to file a brief *amicus curiæ*, upon condition that brief be filed and served on or before March 1, 1961.

■ In the Matter of BURNET SCRAP CORP., Assignee of JOSEPH SERVELLO, v. VILLAGE OF EAST SYRACUSE.— Motion to dismiss appeal denied, without prejudice to renew in the briefs and upon the oral argument of the appeal.

■ B & C STEEL ERECTORS, INC., Appellant, v. RICHARD A. VALENT, Respondent. In the Matter of the Arbitration between C. ROLLAND OSWALD, INC., Respondent, and B & C STEEL ERECTORS, INC., Appellant.— Appellants' motion granted to extent of permitting appeal to be prosecuted on five typewritten copies of record and five typewritten briefs and by serving one typewritten copy of record and brief on respondent. Motions to dismiss appeals granted unless typewritten records and briefs are served on or before March 6, 1961. Respondent's brief must be filed and served on or before March 16, 1961 if appeals are to be argued at March 1961 Term.

■ EDWARD J. BOLLA et al., Appellants, v. HOWARD J. BLAUGRUND et al., Respondents.— Application for a stay granted pending hearing and determination of appeal, and the Referee is restrained from disbursing this fund except upon the order of this court.

■ In the Matter of the Claim of MARIE F. BENIGAZA, v. ESTATE OF VINCENT P. DUDEK, Deceased.— Appeal dismissed unless records and briefs are filed and served on or before April 12, 1961. Respondent's brief must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ In the Matter of WALTER S. FORSYTH.— Motion granted and appeal dismissed, with $10 motion costs.

■ JOSEPH BIONDO, Appellant, v. CITY OF ROCHESTER et al., Respondents. — Motion granted to prosecute appeal on one typewritten original record of testimony, original and five typewritten copies of judgment roll.

■ VIVIAN MARUSCZAK, Appellant, v. TRACEY McLAUGHLIN et al., Respondents.— Motions granted and appeals dismissed unless records and briefs are filed and served on or before April 3, 1961. Respondent's briefs must be filed on or before April 27, 1961 if appeal is to be argued at May 1961 Term.

■ In the Matter of CHARLES L. HEVERLY, Doing Business as STEUBEN HOTEL, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.— Motion for a preference granted and case added to calendar of February 21, 1961; motion for stay denied, without prejudice to renew upon the argument of the appeal.

■ BEN'S CREDIT HOUSE, INC., Respondent, v. TINNEY CADILLAC CORP., Appellant.— Motion for leave to prosecute appeal upon typewritten record and brief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL BOLAND, Appellant.— Motion granted and time for argument of appeal enlarged to include March 1961 Term, and case added to March 1961 Term Calendar. Respondent directed to file brief by March 16, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH ROBERTS, Appellant.— Motion granted and time for argument of appeal enlarged to include March 1961 Term, upon condition that appellant's briefs are filed and served on or before March 1, 1961. Respondent directed to file and serve brief on or before March 16, 1961.